UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**INTERNATIONAL UNION OF
OPERATING ENGINEERS,
LOCAL 132,**

**TRUSTEES OF INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 132
HEALTH AND WELFARE FUND,**

**TRUSTEES OF INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 132
PENSION FUND,**

**TRUSTEES OF INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 132
APPRENTICESHIP FUND,**

**TRUSTEES OF INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 132
ANNUITY AND SAVINGS FUND,**

       **Plaintiffs,**

       v.                             **Civil Action No.  5:21-cv-00051**
                                       **Honorable John Preston Bailey, Judge**

**OVERCASH PIPELINE, LLC,
MARTIN OVERCASH,
and MARGO OVERCASH,**

       **Defendants,**

### MOTION FOR DEFAULT AND DEFAULT JUDGMENT

       NOW COME the Plaintiffs, by and through the undersigned counsel, and MOVE for the clerk to enter a default and default judgment, pursuant to Fed. R. Civ. P. 55, against the Defendant, Overcash Pipeline, LLC, which, having received service of the complaint, failed to timely answer or otherwise defend itself in this matter.

       For the reasons set forth more fully in the attached memorandum in support of this motion, filed contemporaneously herewith, the Plaintiffs respectfully seek the following relief:

      A.      Enforcement of the October 24, 2020 arbitrator's award pursuant to the National Pipeline Agreement and the federal common law of contracts under 29 U.S.C. § 185(a) in the amount of **$15,302.52** in total for the Plaintiffs, to be allocated among the workers and the Funds as set forth in the arbitrator's award;

      B.      All unpaid wages, prejudgment, and post-judgment interest to the fullest extent permitted by law, 29 U.S.C. § 207(a)(1), W. Va. Code Secs. 21-5C-3, 8, and 21-5-3, 12;

      C.      Liquidated damages in addition to the underlying wages due, to the fullest extent permitted under the FLSA and WPCA in the amount of twice the unpaid wages, inclusive of fringe benefits, W. Va. Code 21-5-4(e) based on the sum awarded by the October 24, 2020 arbitrator's award, in the amount of **$30,605.04** in total for the Plaintiffs, to be allocated among the workers and the Funds in proportion to the sums set forth in the arbitrator's award;

      D.  All benefits due to the Funds based on the October 24, 2020 arbitrator's award;

      E.  All costs and expenses reasonably incurred by Local 132 as the result of Defendant Overcash Pipeline LLC's breach of the National Pipeline Agreement;

      F.  Reasonable attorney fees and costs, pursuant to 29 U.S.C. Sec. 216(b), W. Va. Code 21-5C-8, 21-5-12; and

      G.  Such other relief as this Court deems just or equitable.

**PLAINTIFFS,**
**By counsel,**
  /s/ Samuel B. Petsonk
Samuel B. Petsonk (WVSB # 12418)
Petsonk, PLLC
P.O. Box 1045
Beckley, WV 25802
(304) 900-3171 (phone)
(304) 986-4633 (fax)
sam@petsonk.com