## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**DAVID BLAINE ADAMS,** on behalf of
himself and others similarly situated,
**INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 132, TRUSTEES OF
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 132 HEALTH AND
WELFARE FUND, TRUSTEES OF
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 132 PENSION FUND,
TRUSTEES OF INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 132
APPRENTICESHIP FUND,** and **TRUSTEES
OF INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 132
ANNUITY AND SAVINGS FUND,**

Plaintiffs,

v.                                                                      **CIVIL ACTION NO. 5:21-CV-51**
                                                                         Judge Bailey

**OVERCASH PIPELINE, LLC,
MARTIN OVERCASH,** and
**MARGO OVERCASH,**

Defendants.

### ORDER

On July 28, 2021, this Court entered default against defendants and set a hearing on default judgment. On August 23, 2021, a hearing was held. This Court is of the opinion that plaintiffs Motion for Default and Default Judgment **[Doc. 6]**, should be, and the same hereby is **GRANTED**. Therefore, this Court hereby **ORDERS** judgment to the plaintiffs as follows:

1

1. As set forth in the Complaint and consistent with the Arbitrator's Award [Doc. 6-1], the amount of $15,302.52 in wages and $28,687.92 in liquidated damages are to be apportioned to the plaintiffs as follows:

    a. **David Adams**: $7,025.94 as follows: $120.00 in waiting time for Christmas Day plus a $20.00 per diem; 120.00 in waiting time for New Year's Day plus a $20.00 per diem; $1,341.98 (24 x $61.94) for 24 hours of unpaid overtime wages; $720.00 (6 x $120.00) in waiting time at the layoff; and $4,683.96 in liquidated damages.

    b. **Michael Hull**: $1,950.00 as follows: $90.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $540.00 (6 x $90.00) in waiting time at the layoff; and liquidated damages of $1,300.00.

    c. **Joseph (Andy) Bassett**: $2580.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $1720.00.

    d. **Tommy (Timothy) Bassett**: $2580.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $1720.00.

    e. **John Fields**: $2,580.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $1,720.00.

f.  **David Jones**: $2,580.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $1,720.00.

g.  **Jack Fought**: $7,775.94 as follows: $120.00 in waiting time for Christmas Day plus a $20.00 per diem; $660.64 in straight time wages (16 hours x $41.29/hr); $681.34 in overtime wages (11 OT hours x $61.94/hr); $390.00 for six days of a truck allownace at $65.00/day; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $5183.96.

h.  **Jonathan Johnson**: $420.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem and liquidated damages of $280.00.

i.  **Cody Johnson**: $3,000 as follows: $120.00 in waiting time for Christmas Day plus a $20.00 per diem; $120.00 in waiting time for New Year's Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $2,000.00.

j.  **Jesse Kyle**: $3,000 as follows: $120.00 in waiting time for Christmas Day plus a $20.00 per diem; $120.00 in waiting time for New Year's Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $2,000.00.

k.  **Scott Marsh**: $420.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem and liquidated damages of $280.00.

l.  **Allen Lambert:** $840.00 as follows: Two Rain Out Days at $120.00 in waiting time for Christmas Day plus a $20.00 per diem for each such day and liquidated damages of $560.00.

m.  **Rosemary McCoy:** $1,080.00 as follows: $360.00 (4 days x $90.00) in waiting time at the layoff and liquidated damages of $720.00.

n.  **Richard Posey:** $1,800.00 as follows: $600.00 (5 days x $120.00) in waiting time at the layoff and liquidated damages of $1,200.00.

o.  **Nathan Burchett:** $1,080.00 as follows: $360.00 (4 days x $90.00) in waiting time at the layoff and liquidated damages of $720.00.

p.  **Dewayne Badgett:** $2,160.00 as follows: $720.00 (6 days x $120.00) in waiting time at the layoff and liquidated damages of $1,440.00.

q.  **Mark Sheppard:** $2,160.00 as follows: $720.00 (6 days x $120.00) in waiting time at the layoff and liquidated damages of $1,440.00.

r.  Benefits due to the Plaintiff Funds equaling $479.28 as to **David Adams**.

s.  Benefits due to the Plaintiff Funds equaling $479.28 as to **Jack Fought**.

2. **Attorney Fees and Costs:**

   a.  12 hours x $225/hour = $2,700.00

   b.  Cost of Serving Complaint = $120.00

   c.  Filing Fee = $402.00

   d.  Total = $3,222.00

In sum, the arbitrator's award [Doc. 6-2] is hereby **ENFORCED**. The Clerk is hereby **DIRECTED** to enter a separate judgment in favor of the plaintiff consistent with this Order.

As a final matter, this action is hereby **ORDERED STRICKEN** from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: August 24, 2021.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE