AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

DAVID BLAINE ADAMS, on behalf of himself and others similarly situated, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 132, TRUSTEES OF INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 132 HEALTH AND WELFARE FUND, TRUSTEES OF INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 132 PENSION FUND, TRUSTEES OF INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 132 APPRENTICESHIP FUND, and TRUSTEES OF INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 132 ANNUITY AND SAVINGS FUND,
*Plaintiff*
v.
OVERCASH PIPELINE, LLC, MARTIN OVERCASH, and MARGO OVERCASH,
*Defendant*

Civil Action No.  5:21-cv-51

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:  This Court is of the opinion that plaintiffs Motion for Default and Default Judgment should be, and the same hereby is GRANTED.

Therefore, this Court hereby ORDERS judgment to the plaintiffs as follows:

1. As set forth in the Complaint and consistent with the Arbitrator's Award, the amount of $15,302.52 in wages and $28,687.92 in liquidated damages are to be apportioned to the plaintiffs as follows:

a. David Adams: $7,025.94 as follows: $120.00 in waiting time for Christmas Day plus a $20.00 per diem; $120.00 in waiting time for New Year's Day plus a $20.00 per diem; $1,341.98 (24 x $61.94) for 24 hours of unpaid overtime wages; $720.00 (6 x $120.00) in waiting time at the layoff; and $4,683.96 in liquidated damages.

b. Michael Hull: $1,950.00 as follows: $90.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $540.00 (6 x $90.00) in waiting time at the layoff; and liquidated damages of $1,300.00.

c. Joseph (Andy) Bassett: $2,580.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $1,720.00.

d. Tommy (Timothy) Bassett: $2,580.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $1,720.00.

e. John Fields: $2,580.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $1,720.00.

f. David Jones: $2,580.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $1,720.00.

g. Jack Fought: $7,775.94 as follows: $120.00 in waiting time for Christmas Day plus a $20.00 per diem; $660.64 in straight time wages (16 hours x $41.29/hr); $681.34 in overtime wages (11 CT hours x $61.94/hr); $390.00 for six days of a truck allownace at $65.00/day; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $5,183.96.

h. Jonathan Johnson: $420.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem and liquidated damages of $280.00.

i. Cody Johnson: $3,000.00 as follows: $120.00 in waiting time for Christmas Day plus a $20.00 per diem; $120.00 in waiting time for New Year's Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $2,000.00.

j. Jesse Kyle: $3,000.00 as follows: $120.00 in waiting time for Christmas Day plus a $20.00 per diem; $120.00 in waiting time for New Year's Day plus a $20.00 per diem; $720.00 (6 x $120.00) in waiting time at the layoff; and liquidated damages of $2,000.00.

k. Scott Marsh: $420.00 as follows: $120.00 in waiting time pay for Christmas Day plus a $20.00 per diem and liquidated damages of $280.00.

l. Allen Lambert: $840.00 as follows: Two Rain Out Days at $120.00 in waiting time for Christmas Day plus a $20.00 per diem for each such day and liquidated damages of $560.00.

m. Rosemary McCoy: $1,080.00 as follows: $360.00 (4 days x $90.00) in waiting time at the layoff and liquidated damages of $720.00.

n. Richard Posey: $1,800.00 as follows: $600.00 (5 days x $120.00) in waiting time at the layoff and liquidated damages of $1,200.00.

o. Nathan Burchett: $1,080.00 as follows: $360.00 (4 days x $90.00) in waiting time at the layoff and liquidated damages of $720.00.

p. Dewayne Badgett: $2,160.00 as follows: $720.00 (6 days x $120.00) in waiting time at the layoff and liquidated damages of $1,440.00.

q. Mark Sheppard: $2,160.00 as follows: $720.00 (6 days x $120.00) in waiting time at the layoff and liquidated damages of $1,440.00.

r. Benefits due to the Plaintiff Funds equaling $479.28 as to David Adams.

s. Benefits due to the Plaintiff Funds equaling $479.28 as to Jack Fought.

2. Attorney Fees and Costs:

a. 12 hours x $225.00/hour = $2,700.00
b. Cost of Serving Complaint = $120.00
c. Filing Fee = $402.00
d. Total = $3,222.00

In sum, the arbitrator's award is hereby ENFORCED. This action is hereby ORDERED STRICKEN from the active docket of this Court.

This action was *(check one)*:

☒  decided by Judge    John Preston Bailey

Date:    08/24/2021                                   CLERK OF COURT

                                                         /s/ A. Greenidge
                                                   *Signature of Clerk or Deputy Clerk*